Receipt # 064045

FILED
DEC 9 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-879 T

(Judge Francis M. Allegra)

FLEETBOSTON FINANCIAL CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that FleetBoston Financial Corporation, plaintiff in the captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered by this Court in this action on October 19, 2005.

Respectfully submitted,

JOHN S. BROWN
*Attorney of Record for Plaintiff*
*Bingham McCutchen LLP*
*150 Federal Street*
*Boston, MA 02110*
*(617) 951-8252*

December 9, 2005



PTTDOCS/350068.2